OR QUALITY ORIGINAL

26

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITh #267009,
    Plaintiff,
Vs

Vs                                           Hon:
SEAN COMBS,
e/a SEAN JOHN COMBS,
a/k/a/ PUFF DADDY, a/k/a/ P. DIDDY
BAD BOY RECORDS LABLE OWNER & FOUNDER
SEAN COMBS MUSIC PRODUCER
SEAN COMBS RECORDING ARTIST,
KYM WORTHY-In her Civilian & Individual Capacity,
KYM WORTHY-in her Official capacities
WARREN EVANS--In his Individual Capacity
WARREN EVANS--In his Official Capecities
ROBERT FICANO-IN his Individual capacities,
ROBERT FICANO in his Official Capecities,
PATRICK JACKMAN--in his Individual capacity,
PATRICK JACKMAN-Detroit Police Officer In his Official Capecity,
ESTATE OF PATRICK JACKMAN,
PATRICIA PENMAN-IN HER INDIVIDUAL CAPACITY
    Defendants,
------------------------/

| |
|---|
| Case: 2:24-cv-12737 |
| Assigned To : McMillion, Brandy R. |
| Referral Judge: Grand, David R. |
| Assign. Date : 10/16/2024 |
| Description: CMP |
| CARDELLO-SMITH V. COMBS ET AL (EV) |

COMPLAINT

Now comes the Plaintiff, Derrick Lee Cardello-Smith, in the above
cause and hereby brings this Federal lawsuit against the
Defendants in the action named for the following acts committed
upon the Plaintiff by the Defendants in their Individual and
Official Capacity--

1. SEAN COMBS DID SEXUALLY ASSAULT THE PLAINTIFF AFTER DRUGGING A
DRINK GIVEN TO AND CONSUMED BY THE PLAINTIFF IN 1997.
2. DEFENDANT SEAN COMBS ACCEPTED $150,000.00 (One-Hundred and
fifty- thousand dollars) from the Plaintiff in 1997 for purposes
of investing into the Bad Boy Record Label and did so with the
understanding of providing the Plaintiff with returns in 10, 20
and 30 year deals.
3. Sean Combs signed a Contract stating it would be done and
accepted the money from this Plaintiff and Said Investment with
the understanding that the defendant would NOT GET INVOLVED IN
ANY STATE OR FEDERAL CRIMES, AND IF THAT HAPPENED, IT WOULD
RESULT IN DEFENDANT COMBS PROVIDING PLAINTIFF WITH A TOTAL OF 49%
OF HIS ENTIRE NET WORTH, EMPIRE, COMPANIES, VENTURES, AGENCIES,
OR OTHER MATTERS AS A RESULT OF THE INVESTMENT OF PLAINTIFF INTO
THE DEFENDANTS COMPANY BAD BOY RECORDS.
4. Defendant Sean Combs, along with Defendants Kym Worthy,

I

Patrick Jackman and other named Defendants all worked together to hide the crime committed upon this Plaintiff by the Sexual Assault of Plaintiff by the Defendant Sean Combs in 1997 and conspired with each other to ensure that said coverup was done to hide the Sexual assault and to ensure that the money that the other named defendants has invested into the Defendants Company was not at risk and in fact successful.

5. Defendant all worked together to ensure that the Plaintiffs Sexual Assault was hidden and the Rape Kit Test was held in the possession of Kym Worthy since 1997 and only tested in April 2024.

6. The Defendants were given the Rape Kit Test Result showing that the Semen and Other Biological Fluids taken were in fact, taken from Plaintiffs Body and That they belonged to Defendant Sean Combs, as will be proven in the Brief in Support that is forthcoming.

7. Plaintiff sues all the defendants in their Individual and Official capacities for hiding the sexual assault of this Plaintiff by the Defendant from 1997 and for Breach of Contract, Agreement of Silence and Confidentiality Breach by other defendants and persons who witnessed it, and extreme cover-up by Wayne County Government officials of the Sexual Assault of the Plaintiff by the Defendant, Sean Combs as clearly identified in the said agreement signed by all persons.

9. Defendant Kym Worthy is Sued in her individual capacity for Breach of Contract and Infliction of Cruel and Unusual Punishment, Emotional damages, Pain, suffering, mental abuse, sexual abuse by aiding and abetting the Defendant Sean Combs to commit the crime and then profiting from said crime upon this Plaintiff for many many years.

10. The Crimes Committed upon Plaintiff by Defendants Violate the following Statutes--MICHIGAN CIVIL RIGHTS LAWS--ELLIOT LARSEN CIVIL RIGHTS ACT OF 1976, MICHIGAN CIVIL RIGHTS LAW 453, 18 U.S.C 2242 FEDERAL STATUTE AGAINST SEXUAL ASSAULT--18 U.S.C. 2242 PROHIBITING GOVERNMENT OFFICIALS FROM USING THEIR AUTHORITY TO COMMIT RAPE AND COVER UP RAPE.

11. The Crime was Witnessed by a Person who is has signed a Notarized Affidavit attesting that in 1997 he saw the Sexual Assault of this Plaintiff being committed upon the Plaintiff by Sean Combs and then the Coverup committed upon the Plaintiff by the remaining named defendants in this action in 1997. He was discovered in 2024 and he has attested by sworn complaint to these acts being done upon the plaintiff, thereby removing and waiving any and all Statute of Limitations because the Witness Came Forward on September 23, 2024 and is being brought to this Court for legal action against the defendants Individually and Jointly as proven by his affidavit attached to this Pleading.


## AMOUNT OF DAMAGES SOUGHT BY PLAINTIFF

Plaintiff hereby seeks a total of $405,000,000.00 (Four Hundred and Five Million Dollars) to be entered in favor of the Plaintiff and against Sean Comb for SEXUAL ASSAULT, VIOLATION OF THE

PLAINTIFFS RIGHTS TO NOT BE SEXUALLY ASSAULTED, GOVERNMENT OFFICIALS USING THEIR OFFICE TO COVER UP THE SEXUAL ASSAULT OF THIS PLAINTIFF BY DEFENDANT COMBS, and VIOLATION OF THIS PLAINTIFFS FEDERAL CIVIL RIGHTS CONTRARY TO U.S.C. 18 and other rules to be outlined in the Brief in Support.

### DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a Jury trial in this matter and submits to this Court the demand for a Jury trial as allowed by the State and Federal Constitution.

### RELIEF SOUGH

Wherefore, Plaintiff prays this Court will Enter Judgment in favor of the Plaintiff, Enter Judgment in the amount of $405,000,000.00 dollars, grant any further relief this Court deem necessary.

Respectfully Yours,                                      October 8, 2024

Mr. Derrick Lee Cardello-Smith
#267009
Pro Se Plaintiff
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

3,

# MULTIPLE PERSONS AGREEMENT TO SILENCE AND CONFIDENTIALITY

06/16/97

PRESENT:

1. DERRICK LEE ZARDELLO SMITH — PERSON
2. SEAN JOHN COMBS — PERSON
3. KYM WORTHY — OFFICIAL-PERSON.
4. GEORGE PRESTON — PERSON-WITNESS
5. PATRICK JACKMAN — Police Officer-Detroit
6. DOROTHY DUNN — Bar Owner-Dunn-Inn

## CONFIDENTIALITY — AGREEMENT —

THE PARTIES OF DERRICK LEE ZARDELLO SMITH AND SEAN COMBS HEREBY Agree TO THE Following TERMS AND RULES — 1-To NOT HAVE SEAN COMBS PROSECUTED FOR THE DRUGGING-RAPE-Physical ASSAUT and THE

1 —→

MANY OTHER ACTS OF VIOLENCE SAID
PERSON OF SEAN COMBS- ARTIST-Recorder
And Investor upon smith Committed in
June 1997 - upon DERRICK Cardello Smith
11-01-72 - City of Adrian and Detroit-MI,
2 - Cardello-Smith Agrees to Not Press
Criminal Charges Against SEAN Combs,
3. Kym WORTHY-OFFICIAL in Detroit Agrees
To Keep THE Cases Quiet And Will order
Her Connections To Not Prosecute —
4- Cardello-Smith Agrees to keep His
$ 150,000.00 CASH INVESTMENT in the Hands
OF SEAN Combs For 10-20-30 YEAR TIMES
AND TO only Seek 49% OF SEAN Combs
ENTIRE Capital- Worth Holdings-Property-
ASSETS- Financial Holdings-Cash=Liquid-
Future Earnings if SEAN Comb Continues,
Settles- HAS FURTHER SEXUAL ABUSE—
SEXUAL ASSAULTS- OR BEHAVIORS By Any
OTHER MAN - Woman - TEENAGER
TEENAGER Boy- TEENAGE Girl - OF ANY
STATE OR FEDERAL SETTLEMENTS—
OR VIOLENT SEXUAL BEHAVIOR By ARTIST
SEAN COMBS IN ANY STATE OF THE U.S,

2,

OR US TERRITORY - Lardello-Smith Agrees
To Live With THE EFFECTS OF it - AND NOT SEEK
ANY Actions Legally until 2023-2024-
2025-2026-2027- All Rights To Said Acts
Committed upon Lardello-Smith SHALL BE IN
His own Control - HE SHALL NOT SEEK CIVIL
RELIEF until THE EXPIRATION OF 25 YEARS AND
BEFORE 30 YEAR EXPIRES - 2027 END OF
YEAR - For Civil Action - 4- ANY VIOLATION
OF THE Agreement By SEAN Combs Will
Allow Lardello-Smith THE Rights To Legal
Control OF up to 49% OF All SEAN Combs
INTERESTS- Holdings- FINANCES- Royalties,
Value- Capital- Hard Contracts- Properties
HOMES- Vehicles- EVERY Thing Connected
To SEAN Combs- Artist- New York (Recording
49% Company (s) And
Studio ose Etcetera
INVESTMENTS Associated To SEAN Combs-
5- SEAN COMBS-Lardello-Smith MAKE The
Agreement FREELY -And No HARM Shall come
To Lardello-Smith's FAMILY - 5- Kym
WORTHY Agrees To Charge Smith With
FALSE RAPES And SMITH Will go to
Prison in 1997- 1998- To Protect His Mom

3

Brothers, Sisters, Family, friends, Smith And His Murder Charge of Self Defense is Held up "Pending Investigation" And Put To Bed By DPD officer Patrick Jackman Gratiot Division - To Protect Financials of Kym Worthy And other officers that Invest in Sean Combs - For The Sole Purpose of Keeping All Parties interest Whole - 6 - Kym Worthy Agrees to HA HA All Rape Kits Stored in Warehouse And to Not Have Them Tested Because It will Require Testimony of 14 Joint Interest Women on Payroll And An Audit of DPD Payroll will Expose other Entities And Individuals To Fines, Job Loss - Criminal And Civil Litigation - And Agrees To Not Put Smith or Combs on Criminal Charges For Assault - 7 - Mr Redlin From Adrian P.D. Agreed to "Hold off" on Sexual Assault of Subject Smith By Mr. Combs in Exchange For Agreement of Payroll From The Agreed Monthly Totals To Redlin

4.

Lenawee Sherriff Connections - 8 -

Smith Agrees To Go To Prison For

His Family Safety And His Investments

For 10-20-30 year Rights Return -

9 - Patrizk Jackman - Further

Agrees To Have His Employees - File

Reports of Sexual Assaults on

128 Men - 14 Women Will Say That 128

Men Raped Them on Different Times

And Investments From City, Smith,

Combs - Worthy - Jackman - Preston -

Redlin - Clive Davis - Robin Kramor -

Mary Travis - M. Bommarito - J Soulleard

11 Women unnamed Here But on Police Report

For Sexual Assault Cash Payroll - Awknia

- A. Mcneal - W. Evans - J. Duggan Wcpo -

Mr Thrasher - D. Cripps - H. Weinstien - All

While Derrick Smith is In County And

Prison The Investment will Accrue in

Sean Sean Combs LLC - Recordings -

All Studios - Affilintes - Companies -

Financial Accounts - Banking - Checking

5

SAVINGS - CASH VALUE OF SEAN COMBS
ENTERPRISES-VENTURES - OTHER LLC - or
INVESTMENTS OF DERRICK LEE CARDELL SMITH.
AKA - DERRICK LEE CARDELLO-SMITH D.O.B.
11-01-72 - S.S.N - 368-80-74-78 - DETROIT,
MICHIGAN - 9 - SMITH Agrees TO NOT
PROSECUTE SEAN COMBS FOR THE RAPE
UPON HIS PERSON AT HoliDAY INN AT
CITY OF Adrian - FOR 30 YEARS AND
AGREES To County And Prison PLACEMENT
To PROTECT HIS Family - in EXCHANGE -
P. JACKMAN - K. WoRTHY Agree To
DROP THE INVESTIGATION OF MurdeR And
SELF-DEFENSE against SMITH And Will
PLACE MultiPLE RAPES on SMITH OF
Which HE is Not Guilty - or HIS
FAmily Will BE REMOVED By Zo signers
And - PERMANENTLY SILENCED - 10 -
GEORGE PRESTON Will Hold CERTAIN LAND
FOR COmbs And SMITH With PARTIAL PAY
Going to MortgAGE OF PRESTON FARM and
To THE ESTATE OF John PREStON And

6

Farm and ESTATE LAND intitthes And
DEEDS OF Future Holdings OF THE
James Leslie Preston ESTATE And
John Preston ESTATE WITH in Nuca, MD
GEORGE Preston And John Preston
And JAMES Leslie Preston Financial
Investment To SEAN Combs Will

Accrue upon End OF 30 Years With
An Agreement To Keep Silent about
SEXUAL ASSAULT By Combs upon THe
Person of SmiTH — OR IF Combs involves
Himself in Another sexual Assault or iF
He is Arrested — GEORGE Preston Will BE
Entitled to 8% of SEAN Combs ESTATE
Property or Holdings — 11 — All parties,

Persons Agree To HAVE Smith go
Down FoR Crimes (RELATED) To DETROIT
Police — Kym Worthy — SEAN Combs And
Robert FILANO — WARREN EVANS — All
Agree To REMAin Silent on SEX CRIMES
Prostitution Rings — Weapons Trafficking

7

- DRUGS Land DEALS-ETC TO KEEP SMITH

KEEP Quiet About THE SEX ASSAULT UPON

Him and Done To Him By Combs-SMITH

Will BE Charged WITH MANY Rapes By

Women on Kym Worthy, SEAN Combs, DPD,

PATRICK Jack Man. Payroll To Continue THE

False Rape - EXTORTION Money Ring - And

All Land IN Michigan SHALL BE Held BY

DERRICK SMITH AND OTHER INVESTORS OF

SMITH Fied - To SMITH For 30 years or

2025 - 2027 From 1997 - 12 - SMITH Will

Not go To Trial Because His Family

Will Be EXTERMINATED - His SISTERS TINA

And Jacqueline Will Be For SEX Trade

WITH Combs - Worthy - JACKMAN - Dunn -

SMITH - DERRICK LEE CARDELLE

IF DERRICK SMITH BREAKS His Word - SMITH Will Be

RELEASED in 2007 For Signing OF

Land - Title - DEEDS WITH George Preston

John Preston - other ENTITIES And

SEAN Combs Will Not Be Charged

Criminally For SEXUAL Assault Because -

8 -

Smith Will Be Charged For Rapes By our Women Who Get Paid to Lie and They Will not Recant as Patricia Penman AT Dearborn P.D. Will charge them each For Solicitation of Prostitution And Perjury and the Human Smuggling each Did — Mr Combs Will Be Free to continue Paying Worthy Evans — Ficano — Jackman — Duggan — Li Brooks Patterson — Dunn — Preston — Richard Tipton — Richer Bach — Tom Jenny and The 31 Detroit Police officers in 9th Precints Gang Squad — Mgraw Station Adrian P.D. Lenawee S.D. — or Smith's Family Will Be Hurt — especially His Mom — Smith Will Hold 49% of All Land, Property in Sean Combs name in New York — Harlem — Michigan And Los Angeles Future Holdings For All LLC — Limited organizations in The

9.

NAME OF SEAN John Combs-Sean Combs- Music -Property or OTHERS- DERRICK LEE Cardello-Smith Will Have Rights To 49% OF EVERYThing to BE DEVELOPED -Discovered-HANDLED or ACHIEVED in or By SEAN Combs For 10-20-30 YEARS UPON ANY CRIMINAL InVOLVEMENT Made Public-SmiTH Will Do Time For RAPES Committed By SEAN Combs upon 14 Women in Michigan And in RETURN THE ARTISTIC Genius OF SEAN Combs.Will Not Be Tainted, or DESTROYED- Smith's Family Will Live- DPD Will Stop Harassing His MoM-

Smith Will BE given 49% oF All ASSETS TO BE Held By SEAN Combs iF Any VioLations oF THIS AGREEMENT iS Committed By Combs— B-Smith Will BE FREED By DPD And issued A REPORT CLEARing Him in Time- THE PERSONS -Witnesses All Do Agree in THIS Matter AS PROVEN By Signatures Here at THE

10

DETROIT POLICE CRIME LAB- AGREES ALL
PERSONS IN DETROIT, MICHIGAN
Wayne County
June 20, 1997

Patrick Jackman, D.P.D.

Quintelee C. Smith
11/01/72    6-20-1997
D.O.B.

Sean Combs
6-20-97

Geage Preston

Dothy Dunn
6-20-97

Warren Evans
6/20/97

Gary Radler
A.P.D.
6-20-97

11    Robert Ficano
June 20, 1997



# HOMICIDE INCIDENT REPORT

**detroit**

REPORTING AGENCY: DETROIT POLICE DEPARTMENT
CASE REPORT NUMBER: 0801130106.1

**police** REPORTED ON JULY 8, 1997 12:45AM OCCURRED ON JULY 4, 1997 10:00PM
AT EAST 8 & VAN DYKE ROADS-DETROIT,MI SCA/CENSUS:10:09pm SECTOR A

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 3, 2019

OFFENSE:HOMICIDE-SPECIAL CIRCUMSTANCES-MURDER:OFFENDER IS A REGISTERED SELF-
DEFENSE EXPERT WITH TRAINING IN MARTIAL ARTS & HAND-TO-HAND COMBAT-OFFENSE
HIGHTENED--BY INTENTIONAL OVERKILL & INTENTIONAL OVERUSE OF DEFENSE TACTICS-
OFFENDER KNEW 3 ASSAILANTS WERE CIVILIANS & NOT TRAINED COMBATANTS

1. ARRESTEE: DERRICK LEE CARDELLO-SMITH:AGE:24SEXMALE:RACE:BLACK-ITALIAN-MEX-
ADDRESS:▓▓▓▓ ▓▓▓▓-DETROIT, MI 48226--Phone▓▓▓▓▓▓▓▓▓▓▓
2. HOMICIDE VICTIM: CARL BISHOP: AGE:47:SEX MALE RACE CAUCASIAN/WHITE -No
Relationship to Suspect/Offender
3. ASSAULT VICTIM: ROBERT GUNTER: AGE:53:SEX MALE:RACE CAUCASIAN/WHITE NO
Relationship to Suspect/Offender
4. ASSAULT VICTIM: DAVID BROCK: AGE:44: SEX:MALE:RACE CAUCASIAN/WHITE No
relationship to Suspect/Offender
OFFENSE DESCRIPTION: On July 7, 1997, Suspect DERRICK LEE CARDELLO-SMITH, Age
24, and His Girlfriend, ▓▓▓▓ ▓▓▓▓▓▓ Age 20, were leaving the AMC Movie
Theater on 8 Mile & Van Dyke Roads in Detroit, Michigan when the 2 were
approached by three Strangers known now as the above three named Victims. The
Deceased Victim CARL BISHOP and his two friends were leaving a Tavern/Bar,
when they came upon Derrick Lee Cardello-Smith & his Girlfriend were heading
to their car in the parking Lot and then passed the three Men who made
comments about the pair being an "Interracial Couple" and words were then
exchanged--an Argument ensued between all the men involved with the Leader,
Carl Bishop becoming Enraged that the Suspect was with a woman of the
Opposite Race-She is Caucasian and Needs to stay within her own race, the
three men were saying. The Trio Started yelling obscenities at Cardello-Smith
and his Girlfriend. OJ KILLED HIS WOMAN so what this Nigger Here your with!
        Offender Cardello-Smith was attempting to keep the matter from
getting more aggressive, when, according to witnesses and bystanders, two of
them men started fighting with Cardello-Smith, who saw that the Third Male,
Carl Bishop was physically attacking his Girlfriend, by slapping her and
calling her a "Nigger-Lover"" and "Race Traitor'".
        Cardello-Smith was still engaged in fighting Gunter & Brock, when
his Girlfriend then yelled out, "Derrick Help!"", Derrick then saw her and
saw that the (Decedent) Carl Bishop had in fact possessed a Sharp Edged
Weapon and/or knife and was about to Stab Derrick's Girlfriend while the
other 2 Men were keeping Derrick Busy and they were laughing, and then, the
next thing, Offender Cardello-Smith broke Gunters Arm, Broke the Leg of Mr.
Brock, immobilizing both parties and Cardello-Smith then Ran and Intercepted
the knife by placing His Own Arm in between the Weapon and his Girlfriends
Upper Torse and then, the knife penetrated Mr. Cardello-Smith's Right
Forearm, and then, Cardello-Smith grabbed Carl Bishops Wrist and Pulled the
knife out of his arm and forced it into the Lungs of the Remaining Assailant,
Carl Bishop, Offender was heard saying to the now deceased Victim "You do not
like Interracial Couples! "You were going to Stab my Girl! 'Now Your Going
to Die ina Filthy Parking Lot with Your Own Knife in your chest!"And then,
Cardello-Smith Punch the Victim Carl Bishop 17 times and then the pair "Fell"
to the ground... Cardello-Smith then told the Victim, "You should have let
this go and just left us alone!" Die where you are YOu Racist Bitch!"
        Derrick then went to the other 2 pair that were immobolized and
proceeded to kick them and break other bones on their bodies until he was
subdued by Officers who arrived on Scene.-The Victim Carl Bishop was taken to
Emergency Care at St. Johns Hospital Where he succumbed to his injuries 2
weeks later---Derrick Cardello-Smith was taken in to custody for Open Murder.

Arrestee Transported to 9th Precinct-Eastern District for holding and
processing pending Charges Review by Detectives Jose' Ortiz & David Cobb



# SEX CRIMES UNIT

**police**   ARREST RECORD CORRECTION DEPARTMENT

DPD
SEXUAL CRIMES
UNIT
Records Section
JANUARY 7, 1998

REPORTING AGENCY: DETROIT POLICE DEPARTMENT
<u>CASE REPORTING UPDATE AND CORRECTION OF ARREST RECORD</u>

The Detroit Police Department acting on it's own initiative and through the Sex Crimes Unit of the Violent Crimes Task Force hereby enacts and decrees that the Current and Past Reports of Sexual Offenses, Rapes, or Sexual Assaults against any Woman or Women that have been Lodged against the Person Named as <u>Derrick lee Smith, Derrick Lee Moore, Derrick Smith</u> are Not the Person or Party of Detroit Resident, Or of the Following Named Person, or Civilian and are to exclude the named person of:

<u>DERRICK LEE CARDELLO-SMITH MDOC # 267009</u>
<u>19246 HOYT-DETROIT, MI 48226</u>
<u>DATE OF BIRTH: NOVEMBER 01, 1972 (11-01-72)</u>
<u>SSN ███-██-████</u>

In 1997 Derrick Lee Cardello-Smith, Entered the Jackson Prison System for the Charge of Second-Degree Murder, and it is reflected in Homicide Report 1997-0811306.1 and in fact Derrick Lee Cardello-Smith is NOT THE SUSPECT, NOT THE PERPETRATOR, NOR THE PERSON WHO COMMITTED ANY RAPES, NOR ANY SEXUAL ASSAULTS AGAINST ANY FEMALE VICTIM IDENTIFIED, INVESTIGATED OR LISTED IN THE JURISDICTION OF THE DETROIT POLICE DEPARTMENT and in fact, The persons named as John Smith and Derek Lee Smith have listed their Individual alias and AKA's as Derrick Lee Cardello-Smith and in fact, Derrick Lee Cardello-Smith did not commit any sexually offense and was and is excluded from any sexual offense or reports of sexual encounters by any persons during any time frame of any residency in the City of Detroit, or In Any County in the State of Michigan and Any Reports, Documents or Others that list, discuss, contain, or have the Name of Civilian DERRICK LEE CARDELLO-SMITH in it during the time frames of 1992-1998, are in fact, FALSE REPORTS, FALSE STATEMENTS and Should Exclude Mr. Derrick Lee Cardello-Smith as that the reports are from a Deliberate, Intentional Group of Men and Women Who reside or have resided in the City of Detroit, Counties of Macomb, Oakland and Wayne and have in fact Filed False Charges of Rape against Multiple Persons and Parties of Interest to Extort money from the Unsuspecting Men and in fact were part of the RICO Units Targeted by the Internal Affairs Bureau of the Detroit Police Department, and in fact, 13 Women have been arrested and convicted of Placing False Rape Allegations and Testimony against the Civilians and Citizens of the State of Michigan and have in fact, continued to cooperate in other investigations that cannot be revealed at this time...However, Mr. Derrick Lee Cardello-Smith was in fact the target of these women due to the women being instructed to and paid to do so by Detroit Police Officers that Derrick Lee Cardello-Smith has prior history and Bad Blood with based on previous encounters. Derrick Lee Cardello-Smith has in fact been the Victim of These Said False Rape Charges by various women who have signed General Template Reports Circulated by Former Detroit Police Officers who have been convicted of extortion abuse of power and other crimes. The named persons and parties who were paid by the Former Detectives of the Detroit Police Department and Named Females Who filed False Police Reports are in fact listed on the accompanying report attachment, as that the charges are false, the reports have to be redacted and voided from the Law Enforcement Information Network to Ensure that Derrick Lee Cardello-Smith is not listed as a Sex Offender in the MDOC or any other Public Record. Derrick Lee Cardello-Smith is not a Sex Offender and the Internal Documents Must Follow him to the MDOC and not the Incorrect Documents.

*Patrick L. Jackman* B5489
Patrick Jackman, Public Records Supervisor-DPD

STATE OF MICHIGAN
IN THE 39TH CIRCUIT COURT FOR LENAWEE COUNTY


DERRICK LEE CARDELLO-SMITh #267009,
    Plaintiff,

Vs                                          Case No 24-7362-NO

                                    Honorable Anna Marie Anzalone

SEAN COMBS,
    Defendant,
_____/


AFFIDAVIT OF WITNESS AARON ROGERS
SEEING, HEARING, VIEWING THE EVENTS OF AND AS
TO SEAN COMBS SEXUAL ASSAULT OF PLAINTIFF IN 1997 AND
SIGNING OF AGREEMENT BETWEEN WAYNE COUNTY PROSECUTOR KYM WORTHY,
SEAN COMBS OF BAD BOY RECORDS, DETROIT POLICE OFFICER PATRICK JACKMAN,
ROBERT FICANO, WARREN EVANS, WAYNE COUNTY OFFICIALS,
GEORGE PRESTON, DOROTHY DUNN, BUSINESS OWNERS AND NOTARIZED AND VERIFIED
AFFIDAVIT OF MR. ARRON ROGERS TO MULTIPLE FELONIES AND COVER-UP


    My name is Aaron Rogers and I am making this statement with the events
described herein as that they are true, real, accurate, happened and
occurred and this Affidavit is made Freely, voluntarily, and is not done
with any other purpose accept to have the truth heard and known.

    1. That in June, 1997, while In the company of Sean Combs, also known as
Bad Boys Record Owner, and his crew, I attended a Sex Party and Get
Together.
    2. Mr. Combs, and Mr. Cardello-Smith and 20 other people had invited me
to join them for said party and get together, by starting in the Bus.
    3. This Bus had so many different wonderful things on it, TVS, VCR, GUNS,
DRUGS, EVERYTHING A MAN OR WOMAN WOULD NEED.
    4. Derrick was serving drinks to everyone...I had met him and Diddy at
the Fishbones Rythym kitchen and Cafe Place in Detroit on Monroe....
    5. We parked at a Hotel in Adrian, Michigan where there was a sign that
said, "HOLI-DAYS INN, COMING SOON."  "NEW OWNERSHIP", We all went into room
21 as that Mr. Combs had rented and taken over 6 rooms for the whole crew.
Derrick has started performing oral sex on a woman and she wanted her pussy
eaten and he was eating it, I was still young so I did not know what it
was, but I know she liked it and she said that "he knew what he was doing!
She started Cumming and He Seemed to care about her getting pleasure
because he was happy to be there...Mr. Combs was wondering why all the
women were starting to go over to Derrick....They had an argument, and
Derrick Hit Mr. Combs in his throat and Combs fell down....Derrick was then
restrained by his Guards....Sean said, it's okay, let him go...
    6. I observed Mr. Combs Offer Mr. Smith a Drink, it was Jim Beam I
believe, and then Smith Passed out.

7. I then saw Mr. Combs-Slide Mr. smiths Pants off, after taking his Boots off, and I thought that that was kind of strange......Then, i saw Mr. Combs, slide Oil out of a bag that he had onto Mr. smiths Butt Cheeks and all the while, he was stroking his own Dick and then he took his dick and Placed it at the Top of Mr. Smiths Cheeks.  At which time, Mr. Smith started to awaken and then Mr. Combs grabbed a Needle and Injected Something directly into Mr. Smiths arm and and punch Mr. Smith and knocking him out even further....He then took a Gun, it was a 38 silver and hit Mr. Smith in the head with it, and then, Mr. Combs took His Seriously Erect Dick out and He then Plunged it deep into Mr. Smiths Butt.....I could hear Mr. Smith Moan horribly and Combs Put the Gun to his neck and then was holding it telling Derrick... "If you move, or scream, I will pull the trigger".... I was frozen in fear and shock at what I was seeing... The Clock said 8:40 and it went on for 2 hours... I had never seen anything like this... Derrick then came too and was bleeding from his Anus and I was going to call the Police, but there was already an officer present with 2 women....It said Adrian in it!

8. Derrick then got up scared and looking around and Combs the4n said, "I got that anyway and take that, take that! Derrick was just shocked and got up and ran, he fell because he could not even walk, there was so much Blood coming out of his Ass, and then, he grabbed his Boots and Pants and Ran out of the Room.

9. Then, Derrick was out of my sight for a little while...Mr. combs then stayed there and asked the women if they wanted him to eat them out and they said, no, and they were just as shocked by Mr. Combs, because he had Just Raped a Man and it was nothing to him, but, he had apparently done it before to them and other men as well, so What was the difference?

10. We left and then we went to a Place in Detroit because Mr. Combs said that he has to "Meet with some Law Enforcement and Government Folks in Detroit, at the Police Crime Lab....I stayed with them because I was still thinking about him just having raped a man and it was something I had never seen in my 17 years on earth...ever, it was pretty bad...

11. Then, there was a Terrible Woman who showed up when we got there and it was someone I remember from just a few years earlier on TV that had Charged 2 Police Officers with Killing Malice Green with their flashlights and I knew it was Kym Worthy, she was the Wayne County Prosecutor, everyone Knows Ms. Worthy, she is a dangerous tough woman.... She was talking to Mr. Combs and There was some other people their named Evans, Ficano and Jackson too, a whole lot of people....

12. Then, out of nowhere, comes a Z-28 Speeding and it damn near hit me and It stopped...a Man got out and it was Derrick, he was scared and yelling and bleeding all down his legs and he has some metal in his hands and he hit 2 of the crew body guards in their knees and then grabbed Mr. Combs, and threw the pipe down and hit him so fast in his Throat that Combs fell too the ground and Then The woman Worthy came up to Derrick and she said something like..."He you, whoever you are, you had better not mess up my investment and if you do, I will take one of these rape kits and put you in prison for rape!" Derrick then looked at her and said, this Mother

Fucker Raped me! "She said, So what, he does it all the time, where do you think I get the Women from? He then said, you just want to lock men up for things they do not do, and she said, I sentence them now too, Just Try me...! Derrick then said, Your Horrible, she said, So! Then Some Officers from Adrian and Lenawee and Detroit all calmed things down and Derrick, Her, Mr. Combs and some other guys that look famous all went to the Hood of his car and he was writing up something, and they all signed it... Then, him and Kym signed a separate document! It was all pretty bad... Then Derrick was taken to the Hospital in an Ambulance... I went with him because I felt I should....

13. I did not see anything about Derrick anymore until he was in prison with me and we both got charged with Rape cases by that same woman, Kym Worthy in 2019... It was pretty bad because she had lied about her knowledge of the Rape Kits because she knew about them in 1997 and lied and said she discovered them in 2009 or 2010.. But she is a horrible person and Derrick was raped, repeatedly by Sean Combs...

I am coming forth now to tell the truth because what happened was horrible and just plain wrong

14. I also remember Kym and Sean Saying that they would 'Kill derricks Family if he said anything and Derrick Wanted his family safe and also, Sean told him that he would be able to get 49% of his entire empire for the money he gave him now..

15. Kym Worthy had specifically told Police Officer Patrick Jackman to "Go to the Hospital and get the Rape Kit on Mr. Smith because it will in fact, have Sean combs Semen in it and hold it and make sure that you seal it up and give it to me... I will Hold it... Mr. Jackman then said, are you sure, because we can just keep it in the warehouse and that will be okay, just put it with the rest!  Kym said, no, this one is special to me and I have a feeling about it, beside, they will not search my Chambers, and I will have the power to handle any plea deals with Smith... So go and get it and then bring his nut juice back to me, okay... Patrick Jackman told Jerry Redlin from Adrian PD that he will take it from here and Redlin said, Okay...I am cool with that...

16. Sean Combs had told him that he was facing bankruptcy because of Death Row Records damn near wiping him out with their success so he was looking in every City for Money and the word spread through the Undergrounds, and Derrick was paying him for his investment and properties and things like that!

I am telling the truth and have nothing to gain from lying, that Man was raped by Sean Combs and He had a Signed Agreement between SEAN COMBS, KYM WORTHY, AND OTHER PEOPLE, and I saw all these events take place and transpire in this matter and I promise you it happened.

I can verify it and I will testify to it in open court.... Judge Anzalone, You have a Man in front of you that was raped by Sean Combs and it was covered up by the Wayne County Prosecutor and it must get cleared up because it was wrong and it is something that I knew about for years, but I

could not do anything until I saw that they arrested Mr. Combs and I will testify to it Completely in your court if you want too!

I can tell you this much, I am not a Liar and Derrick Lee Cardello-Smith was Framed for Multiple Rapes by Kym Worthy, the Wayne County Prosecutor and He was Raped, and Assaulted by Sean Combs, and I will testify to it because it happened, it is true and it is real and that is a fact, no matter what the other people say, I was 17 and I saw this happen, and I have nothing to gain by coming out and saying these things, I truly do not and it is because they are true that I am saying it.

### VERIFICATION AND DECLARATION OF AFFIDAVIT AND CONTENTS

I swear and declare to this Court that the Details of this Affidavit are in fact True, Real and Factual and that they happened and they are completely True and real and that I know it because I witnessed it, I saw it, I observed it and I know that it happened and that I have personal knowledge, experience with these events because I was there and they happened and are real and true and I will speak to these events as that they happened and are real and true and I swear to it before a Notary Public in the State of Michigan in the County of Muskegon, and will do it in any court or area or press as that it is real, just call upon me and I will attest to them, and I ask for no deal and have been offered nothing, I was only scared because of Sean Combs and his reach...he is locked up now, so I am not scared anymore..

_____ 360900                               September 23, 2024
Mr. Aaron Rogers
#360900
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444


                                        B. Jones    9-23-24
                                        Notary Pulic-Muskegon County
I am a Notary Public in Muskegon, Michigan and Mr. Aaron Roger appeared before me voluntarily and swears to the events described within this document that they are his own words and his own statements and that they are true and i notarize his presence and Signature to these events described herein on this 23rd Day of September, 2024.

                        B JONES
                Notary Public, State of Michigan
                    County of Muskegon
                My Commission Expires 2-14-2026
                Acting in the County of Muskegon

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF LENAWEE

DERRICK LEE CARDELLO-SMITH,

        Plaintiff,

v.

SEAN COMBS,

        Defendant.

Case No. 2024-7362-NO

Hon. Anna Marie Anzalone

| | |
|---|---|
| Derrick Lee Cardello-Smith | David H. Fink (P28235) |
| MDOC # 267009 | Nathan J. Fink (P75185) |
| *Plaintiff In Pro Per* | David A. Bergh (P83696) |
| Earnest C. Brooks Correctional Facility | Calder A.L. Burgam (P87203) |
| 2500 S. Sheridan Drive | FINK BRESSACK |
| Muskegon, MI 49444 | *Counsel for Defendant* |
| | 38500 Woodward Ave., Suite 350 |
| | Bloomfield Hills, MI 48034 |
| | Tel.: (248) 971-2500 |
| | dfink@finkbressack.com |
| | nfink@finkbressack.com |
| | dbergh@finkbressack.com |
| | cburgam@finkbressack.com |

## AFFIDAVIT OF KYM L. WORTHY

STATE OF MICHIGAN    )
                        ) ss
COUNTY OF WAYNE     )

       I, Kym L. Worthy, being first duly sworn, depose and state that I am the current Wayne

County Prosecutor. I make this affidavit based upon my own personal knowledge.

1



1. I affirm that I have never seen these documents proposed by Plaintiff before being shown by counsel. (**Exhibit A**).

2. I further affirm that I did not sign these documents.

3. I further affirm that I did not generate these documents.

4. I further affirm that the signature on these documents is not my signature.

5. I further affirm that I have never met Mr. Sean Combs.

6. I further affirm I have never entered into any agreement with Mr. Sean Combs.

7. I further affirm I have never entered into any agreement with Mr. Cardello-Smith.

    If called as a witness, I am competent to testify as to the facts and circumstances averred to herein. Further, the affiant sayeth not.

Kym L. Worthy

Dated: 9/17/2024

Subscribed before me on
Signature
Printed Name: Iwana K Session
Notary Public, State of Michigan, County of Wayne
My commission expires 07/15/30

IWANA K. SESSION
Notary Public, State of Michigan
County of Wayne
My Commission Expires Jul. 15, 2030
Acting in the County of Wayne

2

Agreement of 2 Persons
To Confidentiality And
Silence To Not Prosecute
Sean Combs For Rape
And agreement To all Claims
Being Temporarily Halted 06/17/97

THE PERSONS of Kym Worthy and
Derrick Smith HERE and Say That We
Will Not PROCEED WITH THE Criminal
REPort of DERRICK Smith Being THE
Victim of SEXual Assault and Drugging
By Sean Combs (NEW York ARTIST)
Stemming From THE Holiday Inn Rape and
Drugging of Smith — Smith Agrees to
Not Prosecute and HE will RECEIVE Money
From Combs or 49% of Future Earnings—
I Kym Worthy Agree To use my People
At THE Prosecutors office and my Position
As Recorders Judge To Put Smith Away
For Multiple Rapes With Harvey Tennen
As Judge For Sentence in 1997 or 1998

And Smith agrees to Do Time and as He
is Locked Away His $150,000.00's
Given to Sean Combs Will in Fact Remain
in Sean Combs company, name, likeness or
Any Ventures From 1997-2027, I agree to
Keep Smiths Money and Rape Kit Secured
As Sean Combs Blood and Semen is in
The Rape Kit — My Cash Investments will
grow For Years and We Will Collect Later
Smith Will Be Prosecuted By My and Combs
Stable of Women For Rapes — I agree to Keep
Kits At Warehouse — Smith will get Money
upon End of 30 Years — Combs stays Clean of
Federal or State Charges — Investigation. My
14 Women Will say Smith and other Men
Raped them, We all Make Money and Collect
Later — Smiths Family stays safe Per
Sean Combs orders — We all sign on 06/17/97

Derrick Lee Cardello Smith
19246 Hoyt
Detroit, MI 48205
D.O.B 11-1-72

Kim Worthy
1441 St Antoine
Detroit, MI 48226
D.O.B Dec 5, 1967

2

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

October 8, 2024

Office of the Clerk
United States District Court
theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith VS Sean Combs et al
  Case No _New Filing_

Dear Clerk:

Enclosed for filing in the above cause, the following Complaint
and exhibits against Defendant Sean Comb.

I ask you please assign a case number and judge to this matter so
that i can file the Brief in Support.

I thank you for your time and I hope to hear from you soon.

Derrick Lee Cardello-Smith

Mr. Derrick Lee Cardello-Smith
#267009
ECF Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49442

Mailed on: 10-8-24

Office of the Clerk
United States District court
theadore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

US POSTAGE
S 002.59