UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derrick Lee Cardello-Smith,

        Plaintiff(s),

v.                                        Case No. 2:24-cv-12737-BRM-DRG
                                              Hon. Brandy R. McMillion

Sean Combs, et al.,                    Magistrate Judge David R. Grand

        Defendant(s).

**NOTICE OF FILING FEE NOT PAID**

    Take notice that a new case has been filed that requires either a filing fee or an application to proceed *in forma pauperis*. This deficiency must be handled promptly.

    If the filing party is an e-filer, the fee should be paid online using pay.gov. To pay the fee, log in to CM/ECF and select the appropriate "Pay Fee" event under the Other Documents category.

    If the filing party is not an e-filer, accepted forms of payment are credit card, debit card, money order or check made payable to Clerk, U.S. District Court.

    If the filing fee is not received by the Clerk's Office or if an application to proceed *in forma pauperis* is not filed within fourteen calendar days of this notice, this case may be dismissed.

                                                s/ S. Schoenherr
                                                Deputy Clerk

**Certification**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                s/ S. Schoenherr
                                                Deputy Clerk

Dated:   October 18, 2024