UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,

      Plaintiff,

                                              Case No. 24-cv-12737

v.                                         Honorable Brandy R. McMillion

SEAN COMBS, et al.,

      Defendants.

_____/

## ORDER REGARDING CODE ASSIGNMENT

Upon the Court's review of this case—which involves Derrick Lee Cardello-Smith, an incarcerated plaintiff alleging the violation of civil rights—it appears to the Court that this case was erroneously assigned a Civil Nature of Suit Code 890, which applies to non-prisoners, rather than Civil Nature of Suit Code 550, which applies to prisoner civil rights actions.

**IT IS THEREFORE ORDERED** that the Clerk's Office shall change the Civil Nature of Suit Code from 890 to 550 and assign a Staff Attorney.

Dated: October 25, 2024                s/Brandy R. McMillion
                                                     Brandy R. McMillion
                                                     United States District Judge