UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DERRICK LEE CARDELLO-SMITH
    Plaintiff,

Vs

SEAN COMBS, et al,
    Defendant,
---------------------------/

**F I L E D**

NOV 13 2024

CLERK'S OFFICE
DETROIT

Case No 2:24-cv-12737
HONORABLE BRANDY MCMILLION

NOTICE OF REMOVAL TO THE UNITED
STATES DISTRICT COURT FOR THE SOTHERN
DISTRICT OF NEW YORK AS THE COURT
OF CORRECT JURISDICTION FOR CIVIL ACTION FILED

Plaintiff, Derrick Lee Cardello-Smith, respectfully states that this Action
is hereby Removed to the Correct Court of Jurisdiction and said Jurisdiction
being in the following Court:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF NEW YORK
500 PEARL STREET-Room 120
NEW YORK, NEW YORK 10007

The removal is based on the following Factors and Statements herein below.

1. The Case has been filed as a Breach of Contract by the Defendant(s) and
primarily, Sean Combs.
2. Defendant Sean Combs resides in the State of New York.
3. The Court for New York has Specific Personal Jurisdiction over Defendant
Sean Combs Pursuant to 28 U.S.C.§ 1332.
4. The New York Court has Jurisdiction because this Case is between Citizens
of Different States.
5. Plaintiff states that the Amount in controversy exceeds $75,000.00.

5. TOhe New York Court has more specific jurisdiction over Defendant Sean
Combs as he not only resides currently in New York, but the Acts of the
Contract Signing took place in New York as well as Michigan, giving the New
York court Jurisdiction.

6. venue is Also proper in New York as that some of the  omissions giving
ruse to the claims occurred and fall within the District of New York as well
as Michigan.

7. Plaintiff also signed One of the Multiple Contracts in dispute and
Controversy in the State of New York and also, Defendant Sean Combs Signed the
Co-Plaintiffs Documents and Contract in New York as well, giving the New York
Court Jurisdiction over this Matter.

As such, the Plaintiff hereby gives notice to the District or Michigan and is
a Multi-Jurisdiction Matter and should be transferred to the US District Court
for the Southern District of New York.

This matter also is within the Courts Authority to transfer this Case to the District of New York and is therefore asked and Notice to be removed to the Court of New York in accordance with the Federal Rules of Civil Procedure and Transferring of Cases.


### RELIEF SOUGHT

Wherefore, this Case is removed from the Eastern District of Michigan and Transferred to the Southern District of New York.

Thank you for your time in this matter.

Respectfully Yours,

Mr. Derrick Lee Cardella-Smith                                      11-7-24
Plaintiff in Pro Per
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

2.

NAME: Mr. Berrick Lee Cardello-Smith
Number: 267009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 11-7-24

482226-2794426

GRAND RAPIDS MI 493
8 NOV 2024 PM 2 L

Office of the Clerk
United States District Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

USA FOREVER