11

FILED
NOV 14 2024
CLERK'S OFFICE
DETROIT

U.S. District Court
Eastern District of Michigan

Derrick Lee Cardello-Smith 267009 et al.
Plaintiffs

vs.

Case No. 2:24-CV-12737

Hon. Brandy McMillion

Sean Combs et al.
Defendants

Plaintiffs submission of sworn affidavit of George Preston and testimony supporting plaintiffs claims of agreement to give plaintiff 49% of defendants empire for silence as to the defendants rape of plaintiff.

Plaintiff Cardello-Smith submits the enclosed affidavits in the above case record.

(1)

Proof of service

I mailed 1 copy of these pleadings to the attorney

of record by U.S. Mail
on 11-11-24

Thank-you

Derrick Lee Cardello-Smith 267009
Earnest C. Brooks Correctional
2500 S. Sheridan Drive
Muskegon Mi. 49444

11-11-24

State of Michigan
County of St. Clair

Affadavit of George Preston

I George Preston was present during the following events in June 1997.

(1.) The sexualt assault of Derrick Lee Cardello Smith by musical recording artist, business man, and investment seeker Sean Combs aka P. didd

(2.) This was a brutal sexual assault by Mr. Combs upon a knocked out Derrick Lee Cardello Smith.

(3.) Mr. Combs used a syringe and injected a knock-out symptom into the back/neck area of Cardello Smith and pistol whipped him while annally raping him with his penis.

(4.) This took place at a hotel in Adrian Michigan. There was a sign that said either a Holiday Inn or Days Inn Coming Soon

con't

(4.) to the hotel where this happened

(5.) I had given Mr. Combs money into Bad Boy Records. I have reciepts and contracts signed and notarized by Mr. Combs, Judge Kym Worthy of Detroit, she is now a Prosecutor of Wayne County, and Cardello Smith

(6.) I was scared and shocked because I had never seen a man or anyone raped before, but I knew enough to keep my mouth shut.

(7.) Later on that ~~evening~~ morning after that event I went to a scheduled meeting with Combs, Worthy, Warren Evans, a police officer ~~with~~ named Patrick Jackman, and other local government officials from Detroit that were investors into Bad Boy Records.

(8.) A car came screeching up to us into the Detroit Police Crime Lab and a man came out like a raging animal and had a tire iron in his hand. He smashed the Knees of 2 of Mr. Combs bodyguards, punched Mr. Combs in the face 4 times, knocked him to the ground and then was going to bring the tire iron into Mr. Combs face but Kym Worthy yelled to him, "You better not mess up my investment!".

(9.) I was moved away 20 minute later, we all signed a hand written agreement where Cardello Smith's investment of $150,000.0 would stay with Bad Boy Records and Combs would stop any orders to kill Smith's Family, Cardello Smith would face rape Charges instead of Combs going down for multiple rapes.

(10.) Cardello Smith then went to the hospital, I went my way.

Verification

These events happened, I will testify in court, they are true, under the penalty of perjury.

George Preston
7541 Yale Rd
Avoca Mi. 48006
(810) 689-3285

[signature] 11/8/24

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of Michigan
County of Saint Clair } ss.

On this the 8th day of November, 2024, before me,
Day Month Year

Sarah L. Armstrong, the undersigned Notary Public,
*Name of Notary Public*

personally appeared George Preston,
*Name(s) of Signer(s)*

☐ personally known to me – **OR** –
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

SARAH L ARMSTRONG
Notary Public - State of Michigan
County of St Clair
My Commission Expires Mar 3, 2029
Acting in the County of Saint Clair

WITNESS my hand and official seal.

[signature]
*Signature of Notary Public*

EXP 03/03/2029
*Any Other Required Information (Printed Name of Notary, Expiration Date, etc.)*

*Place Notary Seal/Stamp Above*

**OPTIONAL**

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Character Statement Derrick LeeCardello Smith

Document Date: NONE Number of Pages: 4

Signer(s) Other Than Named Above: NONE

©2023 National Notary Association

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)

State of Michigan
County of St. Clair

# Affadavit of George Preston

I George Preston swear that Sean Combs also known as P. diddy, Puffy music producer and owner did reside on my property at the address of 7541 Yale Rd.
Avoca Mi. 48006
during the years of 2003-2023 He paid rent for our property. I have reciepts, mail, and other things to prove including tax reciepts (return) titles, contract agreements and investor contracts into bad boy records LLC. signed between Kym Worthy current Wayne County Prosecutor, Sean Combs and myself.

## Verification

These words, events, and statements are true under the penalty of perjury.

[signature] 11/16/24

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of Michigan } ss.
County of St. Clair

On this the 6 day of November, 2024, before me,
Day Month Year

Tiffany Wolf, the undersigned Notary Public,
Name of Notary Public

personally appeared Kathryn Preston,
Name(s) of Signer(s)

☐ personally known to me – **OR** –

☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

[signature]
*Signature of Notary Public*

TIFFANY WOLF
Notary Public - State of Michigan
County of St Clair
My Commission Expires Apr 5, 2026
Acting in the County of St Clair

*Place Notary Seal/Stamp Above*

*Any Other Required Information*
*(Printed Name of Notary, Expiration Date, etc.)*

**OPTIONAL**

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Character Witness

Document Date: 11/6/24 Number of Pages: 1

Signer(s) Other Than Named Above: ______

©2023 National Notary Association

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)

(2.)

Derrick Lee Cardello Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon Mi. 49444

FILED
CLERK'S OFFICE
NOV 14 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

11-11-24

Clerk of the Court
U.S. District Court
Theodore Levin U.S. Courthouse
231 Lafayette Blvd.
Detroit Mi. 48226

Re: Derrick Lee Cardello Smith et al
Vs. Sean Combs et al.
Case No. 2:24-CV-12737

Dear Clerk,

Enclosed is one copy of the plaintiff submission of sworn affidavit of New Key Witness George Preston for filing in the above case.

Proof of Service

I swear on 11-11-24 I mailed 1 copy of this affadavit to attorney David Fink at his address of record by U.S. Mail. Thank you

back of pg.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
MARYSVILLE, MI 48040
NOV 12, 2024
48226
$32.00
RDC 07
S2323Y501589-35

# PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 978 482 319 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (

Derrick Lee Cardello Smith
267009
2500 S. Sheridan Drive
Muskegon Mi. 49444

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 48040 | 11/13/24 | $ 32.00 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 11/12/24 | ☒ 6:00 PM | $ — | $ — |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 8:14 ☐ AM ☐ PM | — | $ — | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ — | $ | | |
| Weight ☐ Flat Rate 3 lbs. ozs. | Acceptance Employee Initials SE | $ 32.00 | |

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Clerk of the Court
U.S. District Court
Theodore Levin U.S. Courthouse
231 Lafayette Blvd.
Detroit Mi. 48226

ZIP + 4® (U.S. ADDRESSES ONLY)

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

U.S. MARS

UNITED STATES POSTAL SERVICE.

This package is made from post-consumer waste. **Please recycle - again.**






