UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,

        Plaintiff,

v.

SEAN COMBS, ET AL.,

        Defendants.
                                  /

Case Number: 24-cv-12737
Hon. Brandy R. McMillion

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order Dismissing Case Without Prejudice (ECF No. 9) entered on this date, this cause of action is **DISMISSED WITHOUT PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT
By: s/L. Hosking
Deputy Clerk

Approved:
s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge
Dated: November 18, 2024
Detroit, Michigan