POOR QUALITY ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH
 Plaintiff

-VS-

SEAN COMBS, ETAL
 DEFENDANTS

CASE # 24-12737
Hon: Brandy R. McMillion

FILED
JAN 06 2025
CLERK'S OFFICE
DETROIT

NOTICE OF SUBMISSION OF RECEIPT OF $150,000.00 DEPOSIT INTO BAD BOY RECORDS IN 1997 IN EXCHANGE FOR 49% OF FULL EMPIRE IF DEFENDANT GETS INVOLVED IN STATE OR FEDERAL CRIMES BETWEEN 1-3-1997 THRU 1-3-2027

Plaintiff, Derrick Lee Cardello-Smith Hereby submits the enclosed receipt verifying Plaintiff deposited $150,000.00 into Bad Boy Records in 1997 for agreement to expire in 2027 entitling Plaintiff to 49% of the Bad Boy Empire upon any violation of said agreement.

Proof of Service
I mailed one copy of this matter to Defendants on 12-30-24 By U.S. Mail.

Thank You,
Derrick Lee C. Smith
Derrick Lee Cardello-Smith
267009-E.C. Brooks Corr. Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

# Bad Boy Records Label and Company

Recording Studios and Company
New York, New York 10019-524

## INVOICE

TO: Mr. Derrick Lee Cardello-Smith (Hospitality)
19246 Hoyt
Detroit, Michigan 48205

**POOR QUALITY ORIGINAL**

January 3, 1997 . Transaction No. 97-1090108 . Investment Business Service  Detroit, Michigan

| Purpose | Description | Investment | Total Amount |
|---|---|---|---|
| | Personal Investment of Monetary total into the Bad Boy Records Label, Corporation, Holdings, Developments, Artists, Records, Shares, Stocks, Future Projects, Real Estate, Properties, Homes, Contracts, Agents, Production, Film, Music, Art, Any Future Holdings, Items, Singers, Words, All Savings, Holdings, Checking and Financial Conducted in the Name is Sean Combs, In the name of Sean John Combs, attached to, with or a part of any entity, company, partnership, trade, or Ventures that are conducted in any way in the Name of Sean Combs or Bad Boy Records of the Name, Likeness, Image of Bad Boy Records, to Start in the Year of JANUARY 1997 through the Terms of JANUARY 2007, JANUARY 2017 and JANUARY 2027 for 10, 20 and ending of the 30 YEARS TIME, with the Moneys received from Citizen and Private Investor and Waiter/Person of DERRICK LEE CARDELLO-SMITH, of the City of Detroit and Employed at Fishbones in the City of Detroit, State of Michigan shall be allowed to WITHDRAW FROM THIS AGREEMENT AT 10 (TEN) - 20(TWENTY) or 30(THIRTY) YEARS TIME and Sean Combs Agrees to Refrain from Any further State or Federal Criminal Behaviors & Derrick Lee Cardello-Smith will be entitled to the total of 49% (Forty-Nine) Percent of all Holdings Gross, Net, worth of ALL BAD BOY RECORDS LABEL, INC., CORPORATION & HOLDINGS, and Release of Cardello-Smith from Bad Boy LLC | $150,000.00 | $150,000.00 |

Marcus Ashford
Notary Public-State of Michigann
County of Wayne
My Commission Expires on 7/19/1998
Acting in the County of Wayne

*[Signature: Derrick Lee Cardello-Smith 1-3-97]*

Terms:

ABOVE

Sub Total  $150,000.00
Tax              0.00
Recording Deal
Grand Total  $150,000.00

*[Signature: Sean Combs]*

Derrick Lee Cardello Smith
267009
E.C. Brooks Corr. Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-30-24

Clerk of the Court
U.S. District Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

RE: Derrick Lee Cardello Smith -VS- Sean Combs et al
Case # 24-12737

Dear Clerk:
Enclosed For Filing are The Following Documents:
1) Notice of Submission of $150,000.00 Deposit into Bad Boy Records Dated 1997.
2) Proof of Service
3) Receipt of Deposit By Plaintiff To Defendant.

Thank You For Your Time.

Derrick Lee C. Smith
Derrick Lee C. Smith
267009
E.C. Brooks Corr. Fac.
2500 S. Sheridan Drive
Muskegon, MI 49444

DEC 30 2024
9:40 AM

RECEIVED

NAME: Derrick Lee Cordell Smith
Number: 762009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Dr.
Muskegon, MI 49444

Mailed on 12-30-24
Case 24-12737

© USPS 2019

GRAND RAPIDS MI 493
30 DEC 2024 PM 4 L

Clerk of the Court
U.S. District Court - Eastern District
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd - Rm. 564
Detroit, MI 48226

USA FOREVER