UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff,
Vs
SEAN COMBS, et al
   Defendant,
_____/

case No 5:24-12737
Hon. Brandy McMillion

PLAINTIFF STATEMENT AS TO THE CASE ONLY BEING
ABOUT THE "BREACH OF CONTRACT" and
NOTHING ELSE BEFORE THIS COURT

   Plaintiff Derrick Lee Cardello-Smith hereby presents to this court that the Complaint filed in this Court for this case deals SOLELY WITH THE ISSUE OF THE BREACH OF CONTRACT and NOT THE PERSONAL INJURY NOR THE RAPE CASE that the Defendants Did upon this Plaintiff and the COVER-UP committed upon this Plaintiff by the defendants in their bid to hide the transactions and BREACH OF CONTRACT.

This case is NOT SIMILAR IN ANYWAY AT ALL TO THE RAPE CASE OF 5:24-12647 as that hat case deals with the matter of SEAN COMBS RAPING THIS PLAINTIFF and That case was REMOVED BY THE DEFENDANTS TO THE FEDERAL COURT, NOT THIS PLAINTIFF as that Plaintiff ONLY SEEKS TO BRING THE BREACH OF CONTRACT TO THIS COURT and the COVER-UP BY THE DEFENDANTS ALONE and nothing else.

Please let the record reflect that this matter is ONLY BREACH OF CONTRACT AND COVER-UP¼ TO HIDE THE MONEY BY THE DEFENDANTS IN THIS CASE.

Thank you for your time in this matter.

Respectfully yours,

Mr. Derrick Lee Cardello-Smith
Plaintiff in Pro Per
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

1-2-25


FILED
JAN 08 2025
CLERK'S OFFICE
DETROIT

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** E.C. Brooks Correctional Facility
**Address:** 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 1-2-25

Case #5:24-12737

GRAND RAPIDS MI 493
3 JAN 2025 PM 4 L

Clerk of the Court
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226