UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH
    Plaintiff,

Vs

SEAN COMBS,
KYM L. WORTHY, Wayne County Prosecutor,
    Defendant,
_____/

File # 24-12737
hon. Brandy McMillion

### NOTICE OF INTENT TO RE-OPEN CASE AND FILE AN AMENDED COMPLAINT WITH THE FILING FEE AS THE COURT ORDERED PLAINTIFF TO DO

?1   a b  dvi  d  hat the Plaintiff Derrick Lee Cardello-Smith hereby intends to file a MOTION TO RE-OPEN THE CASE, PAY THE FILING FEE AND FILE AN AMENDED COMPLAINT AS THE COURT REQUIRED PLAINTIFF TO DO SO.

Thank you for your time in this matter.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith
#267009
Iionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

FILED
CLERK'S OFFICE
MAR 10 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

US POSTAGE — PITNEY BOWES
ZIP 48846
02 7W
0008038260 MAR 05 2025
$001.77

FIRST-CLASS

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

Mailed on 3-3-25

Case no 24-12737

Office of the Clerk
United States District Court
Theodore Levin United States Courthouse
Case Processing Section - Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

RECEIVED
MAR 10 2025
CLERK'S OFFICE
DETROIT

U.S. MARSHALS